===============================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>  NORTHERN  </u> **DISTRICT OF** <u>  NEW YORK  </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 3:13-cv-789 (GLS/DEP)**

TONY PACHERILLE

v.

BRIAN BURNS

<u>          </u>    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>    X     </u>    **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED, that Burn's motion to dismiss (Dkt. Nos. 20, 23) is GRANTED.  That Pacherille's amended complaint (Dkt. No. 22) is DISMISSED.  That Pacherille's letter requesting oral argument (Dkt. No. 12) is DENIED, in accordance with the Memorandum-Decision and Order issued by Chief Judge Gary L. Sharpe on July 3, 2014.**

<u>  July 3, 2014  </u>                               <u>  **LAWRENCE K. BAERMAN**  </u>
                                                                             CLERK OF THE COURT

                                                                  BY: <u>   S/                       </u>
                                                                        DEPUTY CLERK
                                                                           John Law